Rel: November 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2025-0163

Mark L. Vernallis, Jr. v. LCV Capital Management, LLC, and Deer Valley Homebuilders, Inc. (Appeal from Marion Circuit Court: CV-20-900103).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and McCool, JJ., concur.